```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH SRIKSHUN,

                           Plaintiff,                    08 Civ. 0998 (RPP)

           - against -

                                                      **ORDER**

CITY OF YONKERS, et al.,

                           Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The Court has reviewed in camera the personnel files of the officers set forth in the letter of January 28, 2009 and the Internal Affairs Division files accompanying them.

      The Court's in camera review of these documents finds three complaints of improper force by the subjects:

1)     a complaint by Joseph A. Srikshun of improper force by P.O. Carozza and P.O. Lien in front of Rockin Robbins Bar on November 6, 2006, which investigation was suspended in view of complainant's lack of cooperation;

2)     a complaint of improper force on August 2, 2007 involving P.O. Lien and two other P.O.s brought on behalf of Gary Riordan, the investigation of which exonerated the officers; and

3)     a complaint of improper force on July 29, 2003 against two persons involving several police officers including P.O. Ronald Romano which was found to be unsubstantiated.

      The Court found no other reports bearing on the issues raised in Mrs. Weber's letter of

February 5, 2009. Other than the general Police Officer Training courses, there is mention of one defendant having taken Human Trafficking Training but that does not seem relevant to the complaint in this case.

SO ORDERED.

Dated: New York, New York
February 19, 2009

_____
Robert P. Patterson, Jr.
U.S.D.J.

Copy of this Order faxed to:

*Attorney for Plaintiff*

Rose Minna Weber
Rose M. Weber Law Office
225 Broadway
Suite 1608
New York, NY 10007
Tel: (212) 748-3355
Fax: (212) 233-5633

*Attorney for Defendants*

Rory Carleton McCormick
Corporation Counsel, City of Yonkers
City Hall, 40 South Broadway
Yonkers, NY 10701
Tel: (914) 377-6256
Fax: (914) 964-0563